November 6, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

LAWRENCE THOMPSON, Appellant

NO. 14-14-00432-CV                    V.

KERRY ALLEN, Appellee

_____

      Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 18, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

      We further order that all costs incurred by reason of this appeal be paid by appellant, Lawrence Thompson.

      We further order this decision certified below for observance.